**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00739-CV

## ESTATE OF LOU BERTHA BROOKS, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1790-2**

# ORDER

Based on the Court's opinion of this date, we **DENY** as moot court reporter Andrea L. Reed's June 11, 2015 motion for extension of time to file record.

/s/ ADA BROWN
JUSTICE